**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RILEY MITCHELL,**

     Petitioner,

**v.**                                                   **Case No.:** 8:19-cv-457-T-35TGW

**SECRETARY, DEPARTMENT OF**
        **CORRECTIONS,**

     Respondent.

_____/

**RESPONDENT'S NOTICE TO COURT**

COMES NOW the Respondent, the Secretary, Florida Department of Corrections, through the undersigned counsel, and files this notice to the Court regarding Petitioner's Motion for Default (Doc. 48), and advises, as follows:

Petitioner moves for default judgment and sanctions, alleging he has not been served a copy of the Response filed with this Court July 11, 2019. The Response and Exhibits were mailed to Petitioner on July 11, 2019. On August 20, 2019, the undersigned spoke with a representative from the Hardee Correctional Institution who indicated that paperwork labeled United States District Court was received on July 12, 2019, and signed for by Petitioner on July 15, 2019. In an abundance of caution, Respondent is mailing a copy of the Response, along with Exhibits, to Petitioner.

1

Respectfully submitted and certified,
ASHLEY MOODY
ATTORNEY GENERAL

/s/ Linsey Sims-Bohnenstiehl
LINSEY SIMS-BOHNENSTIEHL
Assistant Attorney General
Florida Bar No. 90495
Concourse Center 4
3507 E. Frontage Road, Suite 200
Tampa, Florida 33607-7013
Telephone: (813) 287-7900
Fax: (813) 281-5500
CrimAppTPA@myfloridalegal.com
linsey.simsbohnenstiehl@myfloridalegal.com
COUNSEL FOR RESPONDENT

### <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY,** that on or about **the 22nd day of August, 2019,** I electronically filed the foregoing **Respondent's Notice to Court,** with the Clerk of the Court: Middle District Court, Tampa Division, I further certify that on this date, the foregoing document, along with a copy of the Response to Petition along with Exhibits mentioned herein, were mailed, by first-class mail to the following non-CM/ECF participant: **Mr. Riley Mitchell, DC #506974, Hardee Correctional Institution, 6901 State Road 62, Bowling Green, Florida 33834-9505.**

/s/ Linsey Sims-Bohnenstiehl
COUNSEL FOR RESPONDENT

2