**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RILEY MITCHELL,**

      **Petitioner,**

**v.**                                                              **Case No. 8:19-cv-457-T-35TGW**

**SECRETARY, DEPARTMENT**
**OF CORRECTIONS,**

      **Respondent.**
_____/

## O R D E R

This cause is before the Court on Mitchell's motion for default judgment and sanctions. (Doc. 11) Mitchell contends that Respondent failed to serve him with a copy of the response and exhibits. Respondent has filed a notice (Doc. 12) stating that Respondent is mailing a copy of the response and exhibits to Mitchell. Accordingly, Mitchell's motion (Doc. 11) is **DENIED**.

      **DONE AND ORDERED** in Tampa, Florida, on this 29th day of August, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE